1002

No. 84–5912. CALLOWAY v. ALABAMA. Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 84–5396. JENNINGS v. FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Shea* v. *Louisiana, ante,* p. 51, and *Smith* v. *Illinois,* 469 U. S. 91 (1984). JUSTICE REHNQUIST dissents.

No. A–608. CARELLA ET AL. v. MUNICIPAL COURT OF LOS ANGELES ET AL.. C. A. 9th Cir. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–632 (84–1282). IN RE MURGO. D. C. M. D. Fla. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–459. IN RE DISBARMENT OF STACHURSKI. Disbarment entered. [For earlier order herein, see 469 U. S. 915.]

No. D–464. IN RE DISBARMENT OF MCDANIEL. Disbarment entered. [For earlier order herein, see 469 U. S. 1069.]

No. D–465. IN RE DISBARMENT OF PELLE. Disbarment entered. [For earlier order herein, see 469 U. S. 1069.]

No. 83–1961. LANDRETH TIMBER CO. v. LANDRETH ET AL. C. A. 9th Cir. [Certiorari granted, 469 U. S. 1016.] Motion of Advance Ross Corp. for leave to file a brief as *amicus curiae* granted.

No. 84–4. WILLIAMSON COUNTY REGIONAL PLANNING COMMISSION ET AL. v. HAMILTON BANK OF JOHNSON CITY. C. A. 6th Cir. [Certiorari granted, 469 U. S. 815.] Motion of petitioners for leave to file reply brief out of time granted.